JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br>v.<br>THE SIGNATURE BENEFITS PLAN AND THE DISNEY SEVERANCE PAY PLAN,<br>Defendant. | Case No. SA CV 24-2230-DMG (DFMx)<br>**JUDGMENT** |

This action came on for a bench trial before the Court on March 3, 2026. The Court, having considered the evidence presented at trial, the arguments of counsel, and the records and files herein, and having issued its Findings of Fact and Conclusions of Law on September 17, 2026 [Doc. # 56],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Plaintiff Jane Doe and against Defendant The Signature Benefits Plan and the Disney Severance Pay Plan on Plaintiff's claim for benefits under 29 U.S.C. section 1132(a)(1)(B).
2. The Court awards Plaintiff unpaid benefits in the amount of $55,500.00, and prejudgment interest in the amount of $7,197.51, for a total amount of **$62,697.51**. Defendant is ordered to pay the total amount of this Judgment within 30 days of its entry.
3. As the prevailing party, Plaintiff may file a motion for attorney's fees and a bill of costs in accordance with Federal Rule of Civil Procedure 54 and C.D. Cal. Local Rules 54-2 and 54-7.

DATED: October 2, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge